FILED
2018 Mar-30 AM 11:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **KENNETH C. SHIPP,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action Number<br>) **5:15-cv-00669-AKK-JHE** |
| **WALTER MYERS, ET AL,** | )<br>) |
| Defendants. | )<br>) |

## MEMORANDUM OPINION

The magistrate judge filed a report on February 26, 2018, recommending summary dismissal of Kenneth Shipp's petition for writ of habeas corpus under 28 U.S.C. § 2254. Doc. 15. Although the parties were advised of their right to file specific objections within fourteen days, no objections have been received by the court. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court concludes that the magistrate judge's Report and Recommendation is due to be adopted. A separate order will be entered.

**DONE** the 30th day of March, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE